# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LORENA SALAS,<br><br>    Defendant. | Case No.: 19cr3531-2 JM<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, LORENA SALAS, be granted. The dismissal shall be without prejudice.

**SO ORDERED.**

DATED: February 11, 2021

_____
HON. JEFFREY T. MILLER
United States District Court Judge